# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 25, 2020

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 17-13801-GG
Case Style: Gerald Bostock v. Clayton County, Georgia
District Court Docket No: 1:16-cv-01460-ODE

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Jenifer L. Tubbs
Phone #: 404-335-6166

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 17-13801

_____

District Court Docket No.
1:16-cv-01460-ODE

GERALD LYNN BOSTOCK,

                                                  Plaintiff - Appellant,

versus

CLAYTON COUNTY BOARD OF COMMISSIONERS,

                                                  Defendant,

CLAYTON COUNTY,

                                                  Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 27, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE: September 25, 2020

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. **17-13801**

**Gerald Bostock** vs. **Clayton County, Georgia**

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | 500.00 | $500.00 |
| Appellant's Brief | X | | 29 | 7 | 203 | 30.45 | $30.45 |
| Appendix | X | | 230 | 2 | 460 | 69.00 | $69.00 |
| Appellee's Brief | | | | | | | |
| Reply Brief | X | | 19 | 7 | 133 | 19.95 | $19.95 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $619.40 REQUESTED | $ $619.40 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _(signed)_
Date Signed: **9/10/2020**
Attorney Name: **Thomas J. Mew IV** (Type or print your name)
Attorney for: **Gerald Bostock** (Type or print name of client)
E-mail: **tmew@buckleybeal.com**
Phone: **404-920-0348**
Street Address/City/State/Zip: **600 Peachtree ST NE, Suite 3600/Atlanta/GA/30308**

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$619.40** against **Appellee**
and are payable directly to **Appellant**

David J. Smith, Clerk of Court

Issued on: _____ By: **Tresa A. Porter** DATE: **9/15/2020**
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE: September 25, 2020