# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GERALD LYNN BOSTOCK,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CLAYTON COUNTY,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:16-cv-01460-ELR-WEJ |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 7th day of October, 2020.


_Eleanor L. Ross_____
UNITED STATES DISTRICT JUDGE