# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GERALD LYNN BOSTOCK, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) File No. 1:16-CV-01460-ELR-WEJ |
| v. | ) |
| | ) |
| CLAYTON COUNTY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, Plaintiff, Gerald Lynn Bostock, and files this notice of withdrawal of his counsel, Brian J. Sutherland, and Timothy Brian Green, and substitution of Mr. Sutherland and Mr. Green with Edward D. Buckley, Rachel Berlin Benjamin, and Andrew Beal.  Messrs. Sutherland and Green are no longer associated with this matter, as they are no longer employed with Buckley Beal, LLP.  Thomas Mew will continue as counsel in the representation of Plaintiff for Buckley Beal, LLP.  The undersigned hereby requests that Messrs. Sutherland and Green be withdrawn as counsel for the Plaintiff in this action and that their names be removed from all service lists in this action, including the notice of electronic filing list and that Mr. Buckley's, Mrs. Berlin Benjamin's and Mr. Beal's names be added to these lists.

1

All further pleadings, Orders and notices directed towards Plaintiff after this date shall be served upon Plaintiff's counsel as follows:

>Thomas J. Mew, IV
>Edward D. Buckley
>Andrew Beal
>Rachel Berlin Benjamin
>Buckley Beal, LLP
>600 Peachtree Street NE, Suite 3900
>Atlanta, GA 30308
>tmew@buckleybeal.com
>edbuckley@buckleybeal.com
>abeal@buckleybeal.com
>rberlin@buckleybeal.com
>(404) 781-1100 Main
>(404) 781-1101 Facsimile

Respectfully submitted, this 8th day of October, 2020.

>                    BUCKLEY BEAL, LLP
>
>By:    s/ *Thomas J. Mew, IV*
>       Georgia Bar No. 503447
>       tmew@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone:  (404) 781-1100
Facsimile:   (404) 781-1101

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I electronically filed the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Jack Reynolds Hancock
William H. Buechner, Jr.

                                      BUCKLEY BEAL, LLP

                By:      s/ Thomas J. Mew IV
                                Georgia Bar No. 503447
                                tmew@buckleybeal.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone:  (404) 781-1100
Facsimile:   (404) 781-1101