**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **GERALD LYNN BOSTOCK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION** |
| | ) | **NO: 1:16-cv-01460-ELR** |
| **CLAYTON COUNTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION FOR ADDITIONAL EXTENSION OF DEADLINE
FOR FILING OBJECTIONS TO THE FINAL REPORT AND
RECOMMENDATION**

COME NOW the parties and jointly move the Court to enter an order extending the deadline for each party to file objections to the Magistrate Judge's final report and recommendation ("R&R") (Doc. 166) through and including August 4, 2022.  In support of this motion, the parties respectfully show as follows:

1.

The Magistrate Judge issued a 63-page R&R recommending the denial of each party's motion for summary judgment (Doc. 166) and a related service order (Doc. 167) on June 7, 2022. On the parties' consent motions, the Court has extended the deadline to file objections to the R&R through July 28, 2022. (Doc. 171, 173.)

- 1 -

2.

In the R&R, the Magistrate Judge also encouraged the parties to mediate this case, using either a private mediator or another magistrate judge. (Doc. 166, p. 63.)

3.

The parties seek additional time to prepare objections to the R&R to continue discussing the possibility of resolving this matter without the need for further judicial intervention, including the possibility of mediating this case. Since the Court last extended the time for filing objections, the parties have made progress in discussing the potential for resolution and potential mediation. If the parties do not continue to make significant progress towards resolving this matter or agree to mediation within the requested extended deadline, the parties will file their respective objections on or by August 4, 2022.

4.

Accordingly, the parties seek an additional extension of the deadline for each party to file objections to the R&R through and including Thursday, August 4, 2022. This extension is not sought for the purpose of delaying this case, is necessary for the reasons stated herein, and is for the mutual convenience of the parties in exploring a mutually agreeable resolution of this case. All parties consent to this request for extension.

**WHEREFORE,** the parties respectfully move the Court for an extension of the deadline for each party to file objections to the R&R through and including **August 4, 2022**. A Proposed Order is attached for the Court's convenience.

Respectfully submitted, this 26th day of July 2022.

*CONSENTED TO BY:*

/s/ Thomas J. Mew, IV
Edward D. Buckley
Georgia Bar No. 092750
Andrew M. Beal
Georgia Bar No. 043842
Thomas J. Mew, IV
Georgia Bar No. 503447
**BUCKLEY BEAL, LLP**
600 Peachtree Street, N.E.
Suite 3900
Atlanta, GA 30308
T:  404.781.1100
F:  404.781.1101
E:  edbuckley@buckleybeal.com
E:  abeal@buckleybeal.com
E:  tmew@buckleybeal.com

*Counsel for Plaintiff*

/s/ Jack R. Hancock
Jack R. Hancock
Georgia Bar No. 322450
William H. Buechner, Jr.
Georgia Bar No. 086392
Michael M. Hill
Georgia Bar No. 770486
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E:  jhanock@fmglaw.com
E:  bbuechner@fmglaw.com
E:  mhill@fmglaw.com

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing **CONSENT MOTION FOR EXTENSION OF DEADLINE FOR FILING OBJECTIONS TO THE FINAL REPORT AND RECOMMENDATION** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 26th day of July, 2022.

/s/ *Thomas J. Mew*
Thomas J. Mew
Georgia Bar No. 503447

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to all

attorneys of record:

This 26th day of July, 2022.

/s/ *Thomas J. Mew*
Thomas J. Mew
Georgia Bar No. 503447