# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GERALD LYNN BOSTOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO: 1:16-cv-01460-ELR |
| CLAYTON COUNTY, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO STAY PENDING MEDIATION

COME NOW the parties and jointly move the Court to enter an order staying all deadlines in this matter, including the deadline for filing objections to the magistrate judge's final report and recommendation, pending the outcome of the parties' forthcoming mediation.

The parties have agreed to mediate this matter with Henning Mediation & Arbitration and intend to schedule this mediation to occur in September or early October 2022. The parties intend to use the requested stay to prepare for and participate in this mediation to further the goal of resolving this matter without the need for further litigation. If this stay is granted, the parties will notify the Court within five business days after the mediation as to whether or not the mediation was successful.

The parties further request that the Court's order provide that, in the event the mediation is unsuccessful, the parties' deadline for filing objections to the magistrate judge's final report and recommendation (Doc. 166) be extended to ten days after the date of the mediation, with all other deadlines to be extended accordingly.

Therefore, the parties respectfully request that this Court stay all deadlines in this case so that they may mediate their dispute. A proposed order is attached for the Court's convenience.

Respectfully submitted, this 4th day of August, 2022.

CONSENTED TO BY:

| | |
|---|---|
| */s/ Edward D. Buckley* | */s/ Jack R. Hancock* |
| Edward D. Buckley | Jack R. Hancock |
| Georgia Bar No. 092750 | Georgia Bar No. 322450 |
| Andrew M. Beal | William H. Buechner, Jr. |
| Georgia Bar No. 043842 | Georgia Bar No. 086392 |
| Thomas J. Mew, IV | Michael M. Hill |
| Georgia Bar No. 503447 | Georgia Bar No. 770486 |
| **BUCKLEY BEAL, LLP** | **FREEMAN MATHIS & GARY, LLP** |
| 600 Peachtree Street, N.E. | 100 Galleria Parkway |
| Suite 3900 | Suite 1600 |
| Atlanta, GA 30308 | Atlanta, Georgia 30339-5948 |
| T: 404.781.1100 | T: 770.818.0000 |
| F: 404.781.1101 | F: 770.937.9960 |
| E: edbuckley@buckleybeal.com | E: jhanock@fmglaw.com |
| E: abeal@buckleybeal.com | E: bbuechner@fmglaw.com |
| E: tmew@buckleybeal.com | E: mhill@fmglaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing **CONSENT MOTION TO STAY PENDING MEDIATION** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 4th day of August, 2022.

>                         */s/ Jack R. Hancock*
>                         Jack R. Hancock
>                         Georgia Bar No. 322450

## CERTIFICATE OF SERVICE

I hereby certify that I served the attached notice and subpoena on the witness or his/her agent and have electronically filed the foregoing **CONSENT MOTION TO STAY PENDING MEDIATION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Edward D. Buckley
Thomas J. Mew, IV
Andrew Beal
Buckley Beal LLP
600 Peachtree Street, NE, Suite 3900
Atlanta, GA 30308

This 4th day of August, 2022.

FREEMAN MATHIS & GARY, LLP

*/s/ Jack R. Hancock*
Jack R. Hancock
Georgia Bar No. 322450