IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GERALD LYNN BOSTOCK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:16-CV-01460-ELR |
| | * | |
| CLAYTON COUNTY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

On October 13, 2022, counsel for Defendant Clayton County advised the Court by email that "[t]he [P]arties mediated the above-referenced case on October 5, 2022, and the mediation was successful." Defendant's counsel further represented that the Parties "are working to finalize the settlement paperwork and will file a stipulation of dismissal when the settlement is complete." Accordingly, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1] The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

---

[1] The Court notes that administrative closure does not affect the rights of any Party. Any Party may move to reopen the case at any time.

**SO ORDERED**, this 14th day of October, 2022.

                                            */s/ Eleanor L. Ross*
                                            Eleanor L. Ross
                                            United States District Judge
                                            Northern District of Georgia